IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>   Plaintiff,<br><br>   v<br><br>MD CESAR L. SINNACO.,<br><br>   Defendant. | Case No C 04-543 JF<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>July 9, 2008</u>. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General, Kay Yu

☒  Other: Melinda Basker, Staff Interpreter

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  (3)  The outcome of the proceeding was:
3  ☐ The case has been completely settled.
4  ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7  ☐ The parties agree to an additional follow up settlement on
8  _____.
9  ☒ The parties are unable to reach an agreement at this time.

Date:  7/15/08                          _____
                                         Nandor J Vadas
                                         United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTANO

v.

SINNACO
_____/

No. C 04-543 JF

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    7/15/08   , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Washington C. Montano**
D-73199
CSP Solano
PO Box 4000
Bldg. 13-F-4-M
Vacaville, CA 95696

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3