NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WASHINGTON C. MONTANO, | ) | No. C 04-0543 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER APPOINTING COUNSEL |
| | ) | AND SETTING CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| | ) | |
| CESAR L. SINNACO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff having been found in need of counsel to assist him in this matter, and

counsel willing to be appointed to represent Plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT:  the law firm of Bingham McCutchen, LLP, 3

Embarcadero Center, San Francisco, CA 94111, is appointed to represent Plaintiff

pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The firm is directed to provide the name(s) of counsel assigned to Plaintiff no later than

**March 12, 2010.**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by

counsel, are hereby ordered to appear at a Case Management Conference before the

undersigned on **April 16, 2010**, at 10:30 a.m. in Courtroom No. 3, Fifth Floor, 280 South

1   First Street, San Jose, California, for the purpose of setting trial and pretrial dates.  No

2   later than **April 9, 2010**, the parties shall file a joint case management statement pursuant

3   to Civil Local Rule 16-9.

4         Any request to reschedule the date of the conference must be made in writing upon

5   a showing of good cause, preferably by stipulation, and, if possible, not less than ten days

6   before the conference date.

7         Pursuant to the December 22, 2009 order, all proceedings in this matter will

8   remain stayed until **28 days** from the date this order is filed.

9         The Clerk shall add newly appointed counsel to the docket sheet and shall serve

10   this order upon them, as well as upon Plaintiff.

11         IT IS SO ORDERED.

12   DATED: ___2/22/10_____

                                      JEREMY FOGEL

13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON C. MONTANO,

              Plaintiff,

   v.

CESAR L. SINNACO,

              Defendant.

_____/

Case Number: CV 04-00543 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __3/3/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Washington C. Montano D-73199
CSP Solano
PO Box 4000
Bldg. 16-246 Low
Vacaville, CA 95696

Dated: __3/3/10_____

                                 Richard W. Wieking, Clerk
                                 By: Diana Munz, Deputy Clerk

Washington C. Montano D-73199
CSP Solano
PO Box 4000
Bldg. 16-246 Low
Vacaville, CA 95696


CV04-00543 JF