<div style="writing-mode: vertical-rl">United States District Court
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CESAR L. SINNACO, MD,<br><br>　　　　Defendant.<br>_____/ | No. 04-cv-00543-JF<br><br>NOTICE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE REGARDING PROPOSED SETTLEMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a telephonic status conference is scheduled for 1:00 p.m. on Wednesday, August 25, 2010.

Lead trial counsel shall appear for the telephonic status conference with the parties and persons having full authority to negotiate and settle the case. The parties shall use the following information to participate in the call:

```
Dial-In Number:    1-888-684-8852
Access Code:       8120805
Security Code:     4487
```

Note that there may be silence on the call until the Court joins as host and activates the conference. At that time, the parties may be prompted to enter the security code.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

IT IS SO ORDERED.

Dated: August 11, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO, | No. 04-cv-00543-JF |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CESAR L. SINNACO, MD, | |
| Defendant. | |

I, the undersigned, hereby certify that on August 11, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

      /s/ Chris Wolpert
Chris Wolpert
Administrative Law Clerk
Chambers of U.S. Magistrate Judge
Nandor J. Vadas