UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CESAR L. SINNACO, MD,<br><br>　　　　Defendant.<br>_____ / | No. 04-cv-00543-JF<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that on August 11, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

　　　Washington C. Montano
　　　D-73199
　　　CSP-Solano
　　　Box 4000
　　　Bldg. 16-246 Low
　　　Vacaville, CA  95696

　　　　　　　　　　　　　　　　　　　　　　　/s/ Chris Wolpert
　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
　　　　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk
　　　　　　　　　　　　　　　　　　　　　　　Chambers of U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Nandor J. Vadas

2