EDMUND G. BROWN JR.
Attorney General of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
KAY K. YU
Deputy Attorney General
State Bar No. 142479
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5593
 Fax:  (415) 703-5480
 E-mail:  Kay.Yu@doj.ca.gov
*Attorneys for Defendant Cesar Sinnaco*

BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
1900 University Ave.
East Palo Alto, CA 94303
Tel: (650) 849-4400
Fax: (650) 849-4800
*Attorneys for Plaintiff Washington C. Montano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **WASHINGTON C. MONTANO,**<br><br>        Plaintiff,<br><br>  v.<br><br>**CESAR L. SINNACO,**<br><br>        Defendants. | Case No.:  C 04 0543 JF (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CASE SCHEDULE**<br><br>Trial Date: April 15, 2010<br>Action Filed: Feb. 9, 2004 |

  Plaintiff Washington C. Montano and Defendant Cesar L. Sinnaco (collectively, "parties") agree and stipulate to the following:

  WHEREAS the parties filed a Joint Case Management Statement on September 3, 2010, which included a proposed case schedule (Docket No. 55);

1  WHEREAS the Court adopted the proposed case schedule during the case management
2  conference held on September 10, 2010 (Docket No. 56);

3  WHEREAS the parties seek to amend the Court's scheduling order to allow for additional
4  time to designate expert witnesses and to waive the requirement of a written report;

5  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
6  parties waive the requirement to prepare and exchange written reports in Rule 26(a)(2)(B) of the
7  Federal Rules of Civil Procedure; and the parties jointly propose the following amended case
8  schedule for Court approval:

9  Designation of expert witnesses by December 21, 2010;

10  Designation of rebuttal expert witnesses by January 21, 2010; and

11  Expert discovery to be completed by March 9, 2010.

12  Dated:  November 24, 2010                          EDMUND G. BROWN JR.
                                                       Attorney General of California
13                                                     PAUL T. HAMMERNESS
                                                       Supervising Deputy Attorney General
14
                                                       By:           /s/
15                                                         Kay K. Yu
                                                           Deputy Attorney General
16                                                         Attorneys for Defendant Cesar Sinnaco

17  I, Christopher M. O'Connor, declare, under penalty of perjury under the laws of the United
18  States of America, that Deputy Attorney General Kay K. Yu has concurred in the filing of this
19  document.
20

21  Dated:  November 24, 2010                          BINGHAM McCUTCHEN LLP

22                                                     By:           /s/
                                                           Christopher M. O'Connor
23                                                         Attorneys for Plaintiff Washington C.
                                                           Montano
24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.
26  Dated:  12/9/10

27                                                     _____
                                                       Hon. Jeremy Fogel
28