| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| | Attorney General of California |
| 2 | PAUL T. HAMMERNESS |
| | Supervising Deputy Attorney General |
| 3 | KAY K. YU |
| | Deputy Attorney General |
| 4 | State Bar No. 142479 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA  94102-7004 |
| | Telephone:  (415) 703-5593 |
| 6 | Fax:  (415) 703-5480 |
| | E-mail:  Kay.Yu@doj.ca.gov |
| 7 | *Attorneys for Defendant Cesar Sinnaco* |

BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
1900 University Ave.
East Palo Alto, CA 94303
Tel: (650) 849-4400
Fax: (650) 849-4800
*Attorneys for Plaintiff Washington C. Montano*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **WASHINGTON C. MONTANO,** | Case No.: C 04 0543 JF (PR) |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | |
| **CESAR L. SINNACO,** | Trial Date:    April 15, 2010 |
| | Action Filed:  Feb. 9, 2004 |
| Defendants. | |

Plaintiff Washington C. Montano and Defendant Cesar L. Sinnaco (collectively, "parties") hereby amend their agreement and stipulation as follows:

WHEREAS on November 24, 2010, the parties filed a Stipulation and [Proposed] Order Regarding Case Schedule (Docket No. 59), which sought to amend the scheduling order approved by the Court on September 20, 2010 (Docket No. 57);

1

1  WHEREAS on December 9, 2010, the Court approved the Stipulation and [Proposed]
2  Order (Docket No. 60);
3  WHEREAS, during the week of December 13, 2010, Plaintiff's intended expert witness
4  encountered a conflict that prohibited his participation in the case;
5  WHEREAS Plaintiff has preliminarily identified a replacement expert but, due to the
6  intended replacement expert's prearranged travel during the holiday season, Plaintiff does not
7  have sufficient time to prepare and submit an expert disclosure statement pursuant to
8  Rule 26(a)(C)(2) of the Federal Rules of Civil Procedure;
9  WHEREAS Defendant's counsel is scheduled to commence trial in another matter on
10 February 22, 2010; and
11 WHEREAS the parties met and conferred, and hereby seek to amend the Court's
12 scheduling order to allow for additional time to designate expert witnesses and to accommodate
13 the trial schedule of Defendant's counsel;
14 THE PARTIES HEREBY STIPULATE to the following amended case schedule for Court
15 approval:
16 Designation of expert witnesses by February 4, 2011;
17 Designation of rebuttal expert witnesses by March 4, 2011;
18 Expert discovery to be completed by May 9, 2011; and
19 Trial is rescheduled to a date and time to be selected by the Court; the parties propose
20 that the trial date be set during or after June 2011.

21 Dated:  December 21, 2010                    EDMUND G. BROWN JR.
                                               Attorney General of California
22                                             PAUL T. HAMMERNESS
                                               Supervising Deputy Attorney General
23
                                               By:           /s/
24                                                 Kay K. Yu
                                                   Deputy Attorney General
25                                                 Attorneys for Defendant Cesar Sinnaco
26
27
28

1  I, Christopher M. O'Connor, declare, under penalty of perjury under the laws of the United States of America, that Deputy Attorney General Kay K. Yu has concurred in the filing of this document.

Dated: December 21, 2010

BINGHAM McCUTCHEN LLP

By: _____/s/_____
Christopher M. O'Connor
Attorneys for Plaintiff Washington C. Montano

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/12/10

_____
Hon. Jeremy Fogel