1 | KAMALA D. HARRIS
Attorney General of California
2 | TYLER PON
Supervising Deputy Attorney General
3 | KAY K. YU
Deputy Attorney General
4 | State Bar No. 142479
455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
Telephone:  (415) 703-5593
6 | Fax:  (415) 703-5480
E-mail:  Kay.Yu@doj.ca.gov
7 | *Attorneys for Defendant Cesar Sinnaco*

8 | BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
9 | bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
10 | christopher.oconnor@bingham.com
1900 University Ave.
11 | East Palo Alto, CA 94303
Tel: (650) 849-4400
12 | Fax: (650) 849-4800
*Attorneys for Plaintiff Washington C. Montano*

**E-Filed 5/4/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>              Plaintiff,<br><br>      v.<br><br>CESAR L. SINNACO,<br><br>              Defendant. | Case No.: 5:04-cv-00543 JF (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE AND EXPERT DISCOVERY DEADLINE**<br><br>Courtroom:  3, 5th Floor<br>Judge:       Hon. Jeremy Fogel<br><br>Trial Date:   July 5, 2011<br>Action Filed: Feb. 9, 2004 |

1

1  Plaintiff Washington C. Montano and Defendant Cesar L. Sinnaco (collectively, "parties"),
2  through their counsel of record, hereby stipulate as follows:
3  WHEREAS, on December 21, 2010, the parties filed an Amended Stipulation and
4  [Proposed] Order Regarding Case Schedule, which sought to amend the scheduling order
5  approved by the Court on December 9, 2010 to accommodate Plaintiff's request for an extension
6  due to his expert's discovery of a conflict;
7  WHEREAS, on January 13, 2011 the Court approved the Stipulation and [Proposed] Order
8  Regarding Case Schedule;
9  WHEREAS, the parties have since exchanged expert disclosures and agreed to the
10 scheduling of depositions of their expert witnesses;
11 WHEREAS, the parties have discussed the possibility of settlement, and have agreed to
12 request that this Court order the parties to a settlement conference with Magistrate Judge Vadas;
13 WHEREAS, the parties have contacted Magistrate Judge Vadas, who has tentatively
14 scheduled a settlement conference on May 31, 2011 for this matter pending an order of this Court;
15 WHEREAS, the parties have discussed the potential benefits to the parties and the expert
16 witnesses of postponing expert witness depositions until after the parties attempt to resolve their
17 dispute at a settlement conference; and
18 WHEREAS the parties met and conferred, and hereby seek the Court to order their
19 attendance at a settlement conference and to amend the Court's scheduling order to continue the
20 deadline for expert discovery until June 15, 2011 to allow the parties time to depose expert
21 witnesses, if necessary, after the settlement conference but before trial;
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE
AND EXPERT DISCOVERY DEADLINE   (5:04-cv-00543 JF (PR))

THE PARTIES HEREBY STIPULATE to the following for Court approval:

1) The deadline to conclude expert discovery will be continued from May 9, 2011 to June 15, 2011, without modification of the pending trial dates for this action.

2) The parties will appear before Magistrate Judge Vadas at the Correctional Training Facility in Solano on May 31, 2011 for a settlement conference at a time to be set by Magistrate Judge Vadas.

Dated: April 28, 2011

KAMALA D. HARRIS
Attorney General of California
TYLER PON
Supervising Deputy Attorney General

By: /s/ Kay K. Yu
Kay K. Yu
Deputy Attorney General
Attorneys for Defendant Cesar Sinnaco

I, Christopher M. O'Connor, declare, under penalty of perjury under the laws of the United States of America, that Deputy Attorney General Kay K. Yu has concurred in the filing of this document.

Dated: April 28, 2011

BINGHAM McCUTCHEN LLP

By: /s/ Christopher M. O'Connor
Christopher M. O'Connor
Attorneys for Plaintiff Washington C. Montano

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/4/2011

_____
Hon. Jeremy Fogel