IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>    Plaintiff,<br><br>  v.<br><br>CESAR L. SINNACO,<br><br>    Defendant.<br>_____/ | No. C 04-00543 CW<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The Amended Writ issued on June 24, 2011 by Judge Fogel is hereby withdrawn.

**IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, commanding the Warden of the California State Prison, Solano, in Vacaville, California and the California Department of Corrections and Rehabilitation to produce the inmate named above, **WASHINGTON C. MONTANO, CDCR No. D73199**, to appear at the U. S. District Court, 1301 Clay Street, Department 2, Oakland, California on December 9, 2011 at 8:30 a.m. for trial; and every court day thereafter until the trial is completed; and thereafter to return the inmate to the California State Prison, Solano, in Vacaville, California; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AND TESTIFICANDUM**

To:  Gary Swarthout, the Warden of the California State Prison, Solano, in Vacaville, California:

**WE COMMAND** you to produce the inmate named above to appear at the U.S. District Court in Oakland, California for trial at the time and place above; and every court day thereafter until the trial is completed; and thereafter to return the inmate to the California State Prison, Solano, in Vacaville, California.

**FURTHER,** you have been ordered to notify the Court of any change in custody of this inmate and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  9/6/2011

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2