1  BINGHAM McCUTCHEN LLP
   William Bates III (SBN 63317)
2  bill.bates@bingham.com
   Christopher M. O'Connor (SBN 229576)
3  christopher.oconnor@bingham.com
   1117 S. California Avenue
4  Palo Alto, CA 94304-1106
   T:  650.849.4400    F:  650.849.4800
5
6  Attorneys for Plaintiff WASHINGTON C. MONTANO

7  KAMALA D. HARRIS
   Attorney General of California
8  TYLER B. PON
   Supervising Deputy Attorney General
9  WILFRED FONG (SBN 154303)
   Deputy Attorney General
10 JEFFREY R. VINCENT (SBN 161013)
   Deputy Attorney General
11 jeffrey.vincent@doj.ca.gov
   1515 Clay Street, 20th Floor
12 P.O. Box 70550
   Oakland, CA 94612-0550
13 T:  510.622.2127    F:  510.622.2270

14 Attorneys for Defendant CESAR L. SINNACO, M.D.

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                        OAKLAND DIVISION

18 | WASHINGTON C. MONTANO,            | No. 5:04-cv-00543-CW
19 |                                   |
   |         Plaintiff,                | **STIPULATED WAIVER OF JURY
20 |   v.                              | TRIAL AND PLAINTIFF'S RIGHT
   |                                   | TO AWARD OF ATTORNEYS' FEES**
21 | CESAR L. SINNACO, M.D.,           |
   |                                   | Judge:    Hon. Claudia Wilken
22 |         Defendant.                |

23
24
25
26
27
28

A/74601454.2                                              No. 5:04-cv-00543-CW

STIPULATED WAIVER OF JURY TRIAL AND PLAINTIFF'S RIGHT TO AWARD OF ATTORNEYS'
                                 FEES

By and through this Stipulation, Plaintiff Washington C. Montano and Defendant Cesar L. Sinnaco (together "the Parties") through their counsel of record, pursuant to Federal Rules of Civil Procedure 38(d) and 39(a)(1) and Local Rule 7-12 stipulate to waive their respective rights to a jury trial and agree to a nonjury trial, and stipulate that Plaintiff, should the parties proceed to a bench trial and should Plaintiff prevail on his claims, waives any award of attorneys' fees.

WHEREAS Defendant demanded a jury trial in his Answer (filed November 23, 2005) and affirmed that demand in subsequent Joint Case Management Statements;

WHEREAS Plaintiff would prefer to proceed as a bench trial;

WHEREAS if Plaintiff prevails on his claims, he will be entitled to an award of attorneys' fees under 42 U.S.C. section 1988 and the Guidelines for the Federal Pro Bono Project paragraph 12;

NOW, THEREFORE, the Parties stipulate that:

(a) Defendant withdraws his demand for a jury trial, and both parties stipulate to a nonjury trial, under Federal Rules of Civil Procedure 38(d) and 39(a)(1); and

(b) in consideration of Defendant's withdrawal of his demand for a jury trial and contingent on the parties proceeding to a bench trial, Plaintiff waives his right to any award of attorneys' fees under 42 U.S.C. section 1988, the Guidelines for the Federal Pro Bono Project paragraph 12, and any other applicable statute, regulation, or rule.

*[Remainder of this page intentionally left blank]*

In waiving Plaintiff's right to any award of attorneys' fees, neither Plaintiff nor Plaintiff's counsel, Bingham McCutchen LLP, waives any and all rights they have to seek reimbursement for Bingham McCutchen's out of pocket costs for the litigation of this case from the Court under the Guidelines for the Federal Pro Bono Project paragraph 11 and, if appropriate, reimbursement for deposition expenses from the State of California's Transcript Reimbursement Fund, California Business & Professions Code sections 8808 *et seq.*

DATED: November 29, 2011

BINGHAM MCCUTCHEN LLP

By: _____
   William Bates III
   Christopher M. O'Connor
   Attorneys for Plaintiff

DATED: November 29, 2011

ATTORNEY GENERAL OF CALIFORNIA

By: _____
   Jeff. R. Vincent
   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 2, 2011

By: _____
   Hon. Claudia Wilken
   United States District Judge