BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
Sarah L. Bishop (SBN 258051)
1117 S. California Avenue
Palo Alto, CA 94304-1106
T: 650.849.4400   F: 650.849.4800

Attorneys for Plaintiff WASHINGTON C. MONTANO

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG (SBN 154303)
Deputy Attorney General
JEFFREY R. VINCENT (SBN 161013)
Deputy Attorney General
jeffrey.vincent@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
T: 510.622.2127   F: 510.622.2270

Attorneys for Defendant CESAR L. SINNACO, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>   Plaintiff,<br><br>   v.<br><br>CESAR L. SINNACO, M.D.,<br><br>   Defendant. | No. 5:04-cv-00543-CW<br><br>**STIPULATION AND [PROPOSED]  ORDER TO VACATE TRIAL DATE IN LIGHT OF TENTATIVE SETTLEMENT AGREEMENT**<br><br>Judge:   Hon. Claudia Wilken<br>Ctrm:    2<br><br>Action Filed:  Feb. 9, 2004<br>Trial:           December 9, 2011 |

A/74619465.2                                                            No. 5:04-cv-00543-CW

STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE IN LIGHT OF TENTATIVE
SETTLEMENT AGREEMENT

By and through this Stipulation, Plaintiff Washington C. Montano and Defendant Cesar L. Sinnaco (together "the Parties") through their counsel of record, pursuant to Local Rules 7-12 and 40-1 stipulate to a request to vacate the trial dates currently on calendar, subject to Court approval.

WHEREAS trial in this matter is set to begin on Friday December 9, 2011;

WHEREAS the Parties have engaged in settlement discussions throughout the litigation of this case, including two settlement conferences with Magistrate Judge Vadas;

WHEREAS the Parties reached a tentative settlement agreement that contemplates payment of monetary consideration and the occurrence of an independent medical evaluation and any recommended treatment of Plaintiff's left foot and ankle by an orthopedic surgeon;

WHEREAS the Parties need time to finalize and translate the written settlement agreement, including identification of the orthopedic surgeon and scheduling of the appointment;

WHEREAS counsel will also need time to obtain their clients' signatures on the final settlement agreement, including time required to obtain Plaintiff's signature either by mail or in person after scheduling a legal visit to the prison;

WHEREAS when the parties consummate the settlement agreement, trial will be moot, and the Parties do not wish to burden the Court with unnecessary work or needlessly expend the Parties' resources on a trial;

NOW, THEREFORE, the Parties stipulate that:

(a) the trial date in this case and any and all related deadlines on calendar shall be vacated pending consummation of the settlement agreement and the filing of a dismissal of this action; and

[*Remainder of Page Intentionally Left Blank*]

(b) a status conference be set in or about February 2012, to be held in the event that no final settlement could be reached.

DATED:  December 6, 2011                    ATTORNEY GENERAL OF CALIFORNIA


                                            By:        /s/ Jeffrey Vincent
                                                      Jeff. R. Vincent
                                                      Attorneys for Defendant

I, Christopher M. O'Connor, declare, under penalty of perjury under the laws of the United States of America, that Deputy Attorney General Jeffrey Vincent has concurred in the filing of this document.

Dated:  June 10, 2011                       BINGHAM McCUTCHEN LLP

                                            By:     /s/ Christopher M. O'Connor
                                                    Christopher M. O'Connor
                                                    Attorneys for Plaintiff Washington C. Montano

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____December 7__, 2011


                                            By:  _____Claudia Wilken_____
                                                    Hon. Claudia Wilken
                                                    United States District Judge