1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  JEFFREY R. VINCENT
   Deputy Attorney General
4  State Bar No. 161013
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2127
     Fax:  (510) 622-2270
7    E-mail:  Jeffrey.Vincent@doj.ca.gov
   *Attorneys for Defendant Cesar Sinnaco*

8

9  BINGHAM McCUTCHEN LLP
   William Bates III (SBN 63317)
10 bill.bates@bingham.com
   Christopher M. O'Connor (SBN 229576)
11 christopher.oconnor@bingham.com
   1117 S. California Avenue
12 Palo Alto, CA 94304-1106
   Tel: (650) 849-4400
13 Fax: (650) 849-4800
   *Attorneys for Plaintiff Washington C. Montano*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WASHINGTON C. MONTANO,**<br><br>Plaintiff,<br><br>v.<br><br>**CESAR L. SINNACO, M.D., et al.,**<br><br>Defendants. | C 04 0543 CW (PR)<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>CMC Date:     Sept. 19, 2012<br>Time:         2:00 p.m.<br>Courtroom:    2, 4th Floor<br>Judge         Hon. Claudia Wilken<br>Trial Date:   None<br>Action Filed: Feb. 9, 2004 |

The parties filed a Case Management Conference Statement on May 2, 2012 (Document 132), and a Joint Request for Continuance of Case Management Conference and Proposed Order on July 12, 2012 (Document 133).  Pursuant to these requests, the Court continued the Case Management Conference to September 19, 2012 to allow time to complete settlement.

1

The significant change in status at this time is that an orthopedic consult has occurred pursuant to the terms of the settlement. However, due to a delay relating to the payment of settlement funds, the terms of settlement have not been completed. The Defendant expects the payment of settlement funds to be complete by the end of December 19, 2012, at which time a stipulation for dismissal will be filed.

Accordingly, the parties jointly request and stipulate to a continuance of the Case Management Conference to December 19, 2012.

I, Christopher O'Connor, declare, under penalty of perjury under the laws of the United States of America, that defendant's counsel Jeff. R. Vincent has concurred in the filing of this document.

Dated: Sept. 12, 2012          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

/s/
---
JEFF R. VINCENT
Deputy Attorney General
Attorneys for Defendant Cesar L. Sinnaco

Dated: Sept. 12, 2012          BINGHAM McCUTCHEN LLP

/s/
---
Christopher M. O'Connor
Attorneys for Plaintiff
Washington C. Montano

**ORDER**

For good cause appearing, the Case Management Conference, previously set for Wednesday, September 19, 2012, is continued to Wednesday, December 19, 2012, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

_____
District Court Judge