KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
JEFFREY R. VINCENT
Deputy Attorney General
State Bar No. 161013
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2127
  Fax:  (510) 622-2270
  E-mail:  Jeffrey.Vincent@doj.ca.gov
*Attorneys for Defendant Cesar Sinnaco*

BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 849-4400
Fax: (650) 849-4800
*Attorneys for Plaintiff Washington C. Montano*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WASHINGTON C. MONTANO,**<br><br>Plaintiff,<br><br>v.<br><br>**CESAR L. SINNACO, M.D., et al.,**<br><br>Defendants. | C 04 0543 CW (PR)<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>CMC Date:  Sept. 19, 2012<br>Time:  2:00 p.m.<br>Courtroom:  2, 4th Floor<br>Judge  Hon. Claudia Wilken<br>Trial Date:  None<br>Action Filed:  Feb. 9, 2004 |

The parties filed a Case Management Conference Statement on May 2, 2012 (Document 132), and a Joint Request for Continuance of Case Management Conference and Proposed Order on July 12, 2012 (Document 133).  Pursuant to these requests, the Court continued the Case Management Conference to September 19, 2012 to allow time to complete settlement.

1

A/75171388.1

1    The significant change in status at this time is that an orthopedic consult has occurred

2  pursuant to the terms of the settlement.  However, due to a delay relating to the payment of

3  settlement funds, the terms of settlement have not been completed.  The Defendant expects the

4  payment of settlement funds to be complete by the end of December 19, 2012, at which time a

5  stipulation for dismissal will be filed.

6    Accordingly, the parties jointly request and stipulate to a continuance of the Case

7  Management Conference to December 19, 2012.

8    I, Christopher O'Connor, declare, under penalty of perjury under the laws of the United

9  States of America, that defendant's counsel Jeff. R. Vincent has concurred in the filing of this

10  document.

11  Dated: Sept. 12, 2012                                    Respectfully submitted,

12                                                                    KAMALA D. HARRIS
                                                                       Attorney General of California
13                                                                    TYLER B. PON
                                                                       Supervising Deputy Attorney General
14

                                                                       _____/s/_____
15                                                                    JEFF R. VINCENT
                                                                       Deputy Attorney General
16                                                                    Attorneys for Defendant Cesar L. Sinnaco

17  Dated: Sept. 12, 2012                                    BINGHAM McCUTCHEN LLP

18                                                                    _____/s/_____
                                                                       Christopher M. O'Connor
19                                                                    Attorneys for Plaintiff
                                                                       Washington C. Montano
20

21                                                   **ORDER**

22

23    For good cause appearing, the Case Management Conference, previously set for

24  Wednesday, September 19, 2012, is continued to Wednesday, December 19, 2012, at 2:00 p.m.,

25  in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

26

27                                                   _____
                                                             District Court Judge

28

                                                             2

Joint Request for Continuance of Case Management Conference (C 04 0543 CW (PR))

A/75171388.1