BINGHAM McCUTCHEN LLP
William Bates III (SBN 63317)
bill.bates@bingham.com
Christopher M. O'Connor (SBN 229576)
christopher.oconnor@bingham.com
Sarah L. Bishop (SBN 258051)
1117 S. California Avenue
Palo Alto, CA 94304-1106
T: 650.849.4400    F: 650.849.4800

Attorneys for Plaintiff WASHINGTON C. MONTANO

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG (SBN 154303)
Deputy Attorney General
JEFFREY R. VINCENT (SBN 161013)
Deputy Attorney General
jeffrey.vincent@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
T: 510.622.2127    F: 510.622.2270

Attorneys for Defendant CESAR L. SINNACO, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WASHINGTON C. MONTANO,<br><br>             Plaintiff,<br><br>     v.<br><br>CESAR L. SINNACO, M.D.,<br><br>             Defendant. | No. 4:04-cv-00543-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

A/74881095.1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Plaintiff Washington C. Montano ("Montano") and Defendant Cesar L. Sinnaco, M.D. ("Sinnaco") that a settlement has been reached in the above-captioned action and that the terms of that settlement are embodied in a separately-executed Settlement and Release Agreement. Pursuant to the settlement, the parties stipulate, and request that the Court order, that this action be dismissed with prejudice and the Court retain jurisdiction to enforce the settlement agreement as provided in the following order. Except as provided in the Settlement and Release Agreement, each party is to bear its own litigation and attorneys' fees, costs and expenses, including but not limited to those related to experts and consultants; except that any party or their counsel may seek reimbursement for their fees, costs, and expenses from the Federal Prisoner Pro Bono Project and/or the State of California's Transcript Reimbursement Fund, if applicable.

DATED: April __, 2012

By: _____
Plaintiff Washington C. Montano

DATED: August 22, 2012

OFFICE OF THE ATTORNEY GENERAL

By: _____
Jeff R. Vincent
Deputy Attorney General
Attorneys for Defendant Cesar L. Sinnaco, M.D.

## ORDER

In light of the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case is dismissed with prejudice.

2. The terms of the Settlement and Release Agreement are hereby incorporated into this Stipulation and Order for Dismissal With Prejudice, and the Court shall retain jurisdiction to enforce the terms of the Settlement and Release Agreement.

3. Except as provided in the Settlement and Release Agreement, each party is to bear its own litigation and attorneys' fees, costs and expenses, including but not limited to those related to experts and consultants; except that any party or their counsel may seek reimbursement for their fees, costs, and expenses from the Federal Prisoner Pro Bono Project and/or the State of California's Transcript Reimbursement Fund, if applicable.

DATED: November 29, 2012

_____
Hon. Claudia Wilken
United States District Court Judge

A/74881095.1                                    3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE