```
 1  BINGHAM McCUTCHEN LLP
    William Bates III (SBN 63317)
 2  bill.bates@bingham.com
    Christopher M. O'Connor (SBN 229576)
 3  christopher.oconnor@bingham.com
    Sarah L. Bishop (SBN 258051)
 4  1117 S. California Avenue
    Palo Alto, CA 94304-1106
 5  T: 650.849.4400    F: 650.849.4800

 6  Attorneys for Plaintiff WASHINGTON C. MONTANO

 7  KAMALA D. HARRIS
    Attorney General of California
 8  TYLER B. PON
    Supervising Deputy Attorney General
 9  WILFRED FONG (SBN 154303)
    Deputy Attorney General
10  JEFFREY R. VINCENT (SBN 161013)
    Deputy Attorney General
11  jeffrey.vincent@doj.ca.gov
    1515 Clay Street, 20th Floor
12  P.O. Box 70550
    Oakland, CA 94612-0550
13  T: 510.622.2127    F: 510.622.2270

14  Attorneys for Defendant CESAR L. SINNACO, M.D.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| WASHINGTON C. MONTANO,<br><br>           Plaintiff,<br><br>    v.<br><br>CESAR L. SINNACO, M.D.,<br><br>           Defendant. | No. 4:04-cv-00543-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

A/74881095.1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1      **IT IS HEREBY STIPULATED** by and between Plaintiff Washington C. Montano
2  ("Montano") and Defendant Cesar L. Sinnaco, M.D. ("Sinnaco") that a settlement has been
3  reached in the above-captioned action and that the terms of that settlement are embodied in a
4  separately-executed Settlement and Release Agreement. Pursuant to the settlement, the parties
5  stipulate, and request that the Court order, that this action be dismissed with prejudice and the
6  Court retain jurisdiction to enforce the settlement agreement as provided in the following order.
7  Except as provided in the Settlement and Release Agreement, each party is to bear its own
8  litigation and attorneys' fees, costs and expenses, including but not limited to those related to
9  experts and consultants; except that any party or their counsel may seek reimbursement for their
10 fees, costs, and expenses from the Federal Prisoner Pro Bono Project and/or the State of
11 California's Transcript Reimbursement Fund, if applicable.

13 DATED: April __, 2012

By: _____
Plaintiff Washington C. Montano

15 DATED: ~~April~~ *August 22*, 2012

OFFICE OF THE ATTORNEY GENERAL

By: _____
Jeff R. Vincent
Deputy Attorney General
Attorneys for Defendant Cesar L. Sinnaco, M.D.

**ORDER**

    In light of the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

    1. The above-captioned case is dismissed with prejudice.

    2. The terms of the Settlement and Release Agreement are hereby incorporated into this Stipulation and Order for Dismissal With Prejudice, and the Court shall retain jurisdiction to enforce the terms of the Settlement and Release Agreement.

A/74881095.1      2

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

1      3. Except as provided in the Settlement and Release Agreement, each party is to bear its
2  own litigation and attorneys' fees, costs and expenses, including but not limited to those related
3  to experts and consultants; except that any party or their counsel may seek reimbursement for
4  their fees, costs, and expenses from the Federal Prisoner Pro Bono Project and/or the State of
5  California's Transcript Reimbursement Fund, if applicable.

6  DATED: November 29, 2012
7                                                               Hon. Claudia Wilken
                                                             United States District Court Judge